IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY PRENTICE,

        Plaintiff,                             3:10-cv-00600-HDM-VPC

    vs.                                     ORDER

E.K. McDaniel, Warden,

        Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 30th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE