AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

ANTHONY PRENTICE,

    Petitioner,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00600-LRH-RAM**

E.K. McDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

November 5, 2010

**LANCE S. WILSON**
Clerk

/s/ Katie Lynn Ogden
Deputy Clerk